In the Interest of M.T.

**Missouri Division of Family Services, Respondent,**

v.

**T.L.C. (Father) and S.T. (Mother), Appellants.**

**Nos. WD 59033, WD 59069.**

Missouri Court of Appeals, Western District.

May 7, 2001.

John Pruitt Killian, II, Independence, MO, for Respondent.

Steven J. Quinn, Kansas City, MO, for Father.

Michael W. Sagan, Kansas City, MO, for Mother.

Katherine J. Rodgers, Kansas City, MO, Guardian ad litem.

Before EDWIN H. SMITH, P.J., and SMART and HOWARD, JJ.

**Order**

PER CURIAM.

Natural mother, S.T., and natural father, T.L.C., appeal from the trial court's judgment terminating their parental rights with respect to M.T., a minor child.

Judgment affirmed. Rule 84.16(b).